**Brian COOPER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60224.**

Missouri Court of Appeals,
Western District.

March 5, 2002.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

#### Order

PER CURIAM.

Mr. Brian Cooper appeals the judgment of the motion court denying his claim of ineffective assistance of counsel in a post-conviction relief motion.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).